# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

UNITED STATES OF AMERICA,

    *Plaintiff-Appellant*,

v.

AT&T INC.; DIRECTV GROUP
HOLDINGS, LLC; and
TIME WARNER INC.,

    *Defendants-Appellees*.

No. 18-5214

# REPLY OF THE UNITED STATES
# TO APPELLEES' RESPONSE TO THE MOTION
# TO UNSEAL BENCH CONFERENCE TRANSCRIPTS

    The United States moved this Court to unseal certain portions of the trial record, and the appellees responded without objection. Only then did the district court issue an order unsealing "all . . . portions of the transcripts in these proceedings," excepting 50 specific excerpts that contain, "at least in part, certain sensitive business information." ECF No. 156, at 2, 4. The United States does not take issue with the district court's designation of the transcript excerpts remaining under seal.

    The district court's order could have mooted the United States' motion in this Court, except that the district court has not made the transcripts available to the

public, as the motion requested. *E.g.*, Mot. 1 (requesting that the transcripts "be unsealed *and released to the public*" (emphasis added)), 6 ("The United States respectfully requests . . . the unsealing *and release* . . . ." (emphasis added)). After the district court issued its order, the United States promptly contacted both court reporters, who advised that the transcripts will not be publicly available until August 6, 2018, at the earliest.

The United States' opening brief in this Court is due that day, and any *amicus* briefs supporting the United States are due on August 13, 2018. Under the district court's timeframe for releasing the newly unsealed portions of the transcript, potential *amici* will have little, if any, time to review many of the substantive arguments and rulings from the trial. This Court, in turn, might not receive a full presentation of *amicus* interests and arguments based on the proceedings below. In addition, as demonstrated by the *amicus* filing on this motion by the Reporters Committee for Freedom of the Press,[1] there is public interest in the immediate release of the newly unsealed portions of the transcript.

---

[1] Letter from Reporters Committee for Freedom of the Press to The Honorable Sri Srinivasan, The Honorable Cornelia Pillard, and The Honorable Patricia A. Millett, Public Access to Sidebar Transcripts in *United States v. AT&T*; Support for Motion of the United States to Unseal Bench Conference Transcripts, No. 18-5214 (Aug. 1, 2018)

2

Accordingly, the United States is willing to redact the transcript according to the district court's specifications and release it ourselves. We hereby seek this Court's permission to do so, in light of the foregoing.

## Conclusion

The United States respectfully requests that this Court issue an order permitting the government to release, publicly and promptly, all unsealed portions of the trial transcript.

Dated: August 1, 2018                         Respectfully submitted.

/s/ Adam D. Chandler

MAKAN DELRAHIM
  *Assistant Attorney General*

ANDREW C. FINCH
  *Principal Deputy Assistant*
  *Attorney General*

KRISTEN C. LIMARZI
ADAM D. CHANDLER
MARY HELEN WIMBERLY
  *Attorneys*

U.S. Department of Justice
Antitrust Division
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001
Phone: (202) 353-6638
Email: adam.chandler@usdoj.gov

Attorneys for United States of America

## CERTIFICATE OF COMPLIANCE

Pursuant to Rule 27(d)(2), Fed. R. App. P., the undersigned hereby certifies that:

1.  This document complies with the word limit of Fed. R. App. P. 27(d)(2) because this document contains 423 words, excluding the portions exempted by Fed. R. App. P. 32(f).

2.  This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word 2013 in Times New Roman font, size 14.

/s/ Adam D. Chandler
Attorney for United States of America

# CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2018, I caused the foregoing Reply of the United States to Appellees' Response to the Motion to Unseal Bench Conference Transcripts to be filed through this Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system, and defendants are represented by registered counsel.

/s/ Adam D. Chandler
Attorney for United States of America