*United States Court of Appeals*

*for the District of Columbia Circuit*

No. 18-5214

UNITED STATES OF AMERICA,
*Plaintiff-Appellant,*

v.

AT&T INC.; DIRECTV GROUP HOLDINGS, LLC;
AND TIME WARNER INC.,
*Defendants-Appellees.*

On Appeal from the
United States District Court for the District of Columbia,
No. 1:17-cv-2511 (Hon. Richard J. Leon)

**REPLY TO MOTION OF *AMICI CURIAE* 27 ANTITRUST
SCHOLARS**

Mary Jean Moltenbrey
2328 Champlain Street NW
Washington, DC 20009
(202) 615-6599
mj.moltenbrey@gmail.com

Eric F. Citron
GOLDSTEIN & RUSSELL, P.C.
7475 Wisconsin Avenue
Suite 850
Bethesda, MD 20814
(202) 362-0636
ecitron@goldsteinrussell.com

*Counsel for Amici Curiae*

# REPLY

In defendants' opposition to amici's motion to participate in oral argument in the above captioned case, defendants note that the motion was untimely because it was filed on November 23, 2018 (the day after Thanksgiving) rather than November 21, 2018 (the day before).  We sincerely apologize for the computational error.  The sole reason the motion was not filed earlier, however, was because amici were awaiting defendants' response regarding their consent or opposition to the motion, which was sought on the morning of November 21.  At that time, defendants represented that a response could not be obtained earlier than November 23 because of the holiday.  Accommodating the defendants' themselves would provide more than ample reason to excuse amici's honest error in treating the day after Thanksgiving as "the next day … that is not a legal holiday" under Fed. R. App. P. 26(a)(2).  Indeed, waiting to obtain and report to the Court the defendants' consent or opposition obviously facilitates faster and easier adjudication of this motion by the Court (and also better serves defendants' own interests) than does ensuring the filing was lodged on the evening of the day before Thanksgiving.

Separately, we note that the government's response has offered five minutes of its time to amici to argue, and that no motion is required for a party to share part of its time with one additional counsel for an amicus under Rule 34 of this Court. *See* D.C. Cir. R. 34(e) ("An amicus curiae … will not be permitted to participate in the oral argument without leave of the court granted for extraordinary reasons on motion, *except that counsel for the party supported by amicus curiae may consent to such participation….*") (emphasis added). Accordingly, if this Court decides not to provide separate time for amici to argue, amici would nonetheless be allowed to appear at the argument using five minutes of the government's allotted time.

**CONCLUSION**

For the foregoing reasons, amici respectfully request that the Court allocate 10 minutes of argument time to amici for oral argument. In the alternative, amici should be permitted to appear using five minutes of the government's time with the government's consent.

Respectfully,

/s/ Eric F. Citron

Mary Jean Moltenbrey
2328 Champlain Street NW
Washington, DC 20009
(202) 615-6599
mj.moltenbrey@gmail.com

Eric F. Citron
GOLDSTEIN & RUSSELL, P.C.
7475 Wisconsin Avenue
Suite 850
Bethesda, MD 20814
(202) 362-0636
ecitron@goldsteinrussell.com

November 28, 2018

**CERTIFICATE OF COMPLIANCE FOR REPLY TO MOTION OF
*AMICI CURIAE* 27 ANTITRUST SCHOLARS
TO PARTICIPATE IN ORAL ARGUMENT**

1.     Pursuant to Fed. R. App. P. 32(g)(1), the Reply to the Motion of *Amici Curiae* 27 Antitrust Scholars to Participate in Oral Argument complies with the type-volume limit of Fed. R. App. P. 27(d)(2)(C) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), the reply contains 359 words.

2.     The motion also complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because the document was prepared in a proportionally spaced typeface using Microsoft Word 2016 in 14-point Century Schoolbook font.

November 28, 2018                    /s/ Eric F. Citron
                                                        Eric F. Citron

**CERTIFICATE OF SERVICE**

I hereby certify that, on November 28, 2018, I caused a copy of this motion to be served on all parties via the Court's CM/ECF filing system. Counsel for all parties are registered users of that system.

Respectfully,

/s/ Eric F. Citron
Eric F. Citron