# United States Court of Appeals

## For The District of Columbia Circuit

_____

No. 18-5214

September Term, 2018

1:17-cv-02511-RJL

Filed On: November 30, 2018

United States of America,

      Appellant

    v.

AT&T, Inc., et al.,

      Appellees

## O R D E R

Upon consideration of the motion of amici curiae 27 Antitrust Scholars to participate in oral argument, the responses thereto, and the reply, it is

**ORDERED** that the motion be granted.  The following revised allocation of oral argument time will now apply:

| | | |
|---|---|---|
| Appellant | - | 20 Minutes |
| Amici Curiae 27 Antitrust Scholars | - | 10 Minutes |
| Appellees | - | 30 Minutes (to be shared with supporting amici curiae as the parties see fit) |

### Per Curiam

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
      Michael C. McGrail
      Deputy Clerk